THE STATE OF IOWA, Appellee, v. RICHARD TYNER, Appellant.

Seduction: CONVICTION: APPEAL.

*Appeal from Fremont District Court.*—HON. H. E. DEEMER, Judge.

WEDNESDAY, OCTOBER 18, 1893.

INDICTMENT for seduction. There was a verdict of guilty, and a judgment thereon, from which the defendant appealed. The cause was submitted by the attorney general on a partial transcript.—*Affirmed.*

No appearance for appellant.

*John Y. Stone*, Attorney General, for the State.

BY THE COURT.—The transcript contains certified copies of the indictment, the instructions of the court, and the record entries. No part of the evidence is in the record. With a due examination of the record, no error is apparent, and the judgment will stand. AFFIRMED.

---

THE STATE OF IOWA, Appellee, v. CHARLES E. HUNT, Appellant.

Liquor Nuisance: CONVICTION: APPEAL.

*Appeal from Polk District Court.*

WEDNESDAY, OCTOBER 18, 1893.

THE defendant was indicted, tried, and convicted of the offense of maintaining a nuisance by the sale of intoxicating liquors, and he appeals. —*Affirmed.*

No appearance for appellant.

*John Y. Stone*, Attorney General, for the State.

ROTHROCK, J.—The judgment was entered in the court below on the thirty-first day of October, 1892, and an appeal was taken in November of that year. The defendant has given no further attention to the matter, and the appeal is presented to this court upon a transcript of the indictment and judgment and notice of appeal. No error appears from the record thus presented, and the judgment of the district court is AFFIRMED.